UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARY RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-2017 |
| | ) | |
| vs. | ) | |
| | ) | Judge Colin S. Bruce |
| VERMILION COUNTY, ILLINOIS, an Illinois | ) | |
| municipal corporation, KATHLEEN ORCUTT, | ) | Magistrate Judge Eric I. Long |
| and CITY OF DANVILLE, ILLINOIS, an | ) | |
| Illinois municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIES' PROPOSED SCHEDLING ORDER

The parties, by their respective undersigned attorneys, file this Proposed Scheduling Order pursuant to this Court's Order of September 18, 2023. (Text Order, 09/18/23) This Court previously directed that initial disclosures and written discovery be conducted, but depositions be stayed pending ruling on motions to dismiss. (Text Order, 03/08/23) The parties provide the following update on discovery completed and propose the following dates:

1. Rule 26(a) disclosures were completed in early April 2023.

2. Written discovery has been issued. The County defendants responded in mid July 2023, and the City of Danville responded in early August. Plaintiff has not yet responded to the defendants' requests, but will do so by September 29. A primary reason for the delay in Plaintiff's responses is that Plaintiff was incarcerated in Indiana on an unrelated matter.

3. The parties propose that the deadline for amending pleadings or adding parties be November 17, 2023.

4. The parties propose a fact discovery deadline of February 9, 2024.  This is sufficient to accommodate the approximately 5–10 depositions needed in this case.

5. The parties do not anticipate experts.

6. The parties propose that dispositive motions be due on March 8, 2024, responses be due on April 5, 2024, and replies be due on April 19, 2024.

The parties respectfully ask this Court that status conferences continue to be conducted via phone. Counsel for Plaintiff is located more than an hour away, and counsel for both the City and the County Defendants are located more than two hours away.

Respectfully submitted,

/s/ **Stephen F. Hedinger**
Stephen F. Hedinger
*Attorney for Plaintiff*
Sorling & Northrup
1 N. Old State Capitol Plaza, Ste. 200
P. O. Box 5131
Springfield, IL  62705-5131
217-544-1144
sfhedinger@sorlinglaw.com


/s/ **G. David Mathues**
Michael W. Condon, #06192071
G. David Mathues, #6293314
*Attorneys for Defendants Kathleen Orcutt & Vermilion County*
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com
dmathues@hcbattorneys.com

/s/ **K. Austin Zimmer**
K. Austin Zimmer, #6276227
*Attorney for Defendant City of Danville*
Del Galdo Law Group LLC
1441 South Harlem Avenue
Berwyn, IL 60402
708-222-7000
zimmer@dlglawgroup.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARY RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-2017 |
| | ) | |
| vs. | ) | |
| | ) | Judge Colin S. Bruce |
| VERMILION COUNTY, ILLINOIS, an Illinois | ) | |
| municipal corporation, KATHLEEN ORCUTT, | ) | Magistrate Judge Eric I. Long |
| and CITY OF DANVILLE, ILLINOIS, an | ) | |
| Illinois municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 27, 2023**, I electronically filed the foregoing ***Parties' Proposed Scheduling Order,*** with the Clerk of the U.S. District Court for the Central District of Illinois using the CM/ECF system, which will send notification to the following CM/ECF participants:

TO:  Stephen F. Hedinger
Sorling & Northrup
1 N. Old State Capitol Plaza, Ste. 200
P. O. Box 5131
Springfield, IL  62705-5131
sfhedinger@sorlinglaw.com

K. Austin Zimmer, #6276227
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, IL 60402
zimmer@dlglawgroup.com

/s/ G. David Mathues
MICHAEL W. CONDON, # 06192071
G. DAVID MATHUES, # 06293314
*Attorneys for Defendants Kathleen Orcutt & Vermilion County*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156          630-773-4774
mcondon@hcbattorneys.com
dmathues@hcbattorneys.com