UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARY RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 23-cv-2017 |
| VERMILION COUNTY, ILLINOIS, an Illinois ) | |
| municipal corporation, KATHLEEN ORCUTT, ) | Judge Colin S. Bruce |
| and CITY OF DANVILLE, ILLINOIS, an ) | Magistrate Judge Eric L. Long |
| Illinois municipal corporation, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COME Stephen F. Hedinger and the firm Sorling Northrup (hereinafter "Counsel"), counsel of record for Plaintiff, MARY RODGERS, and moves this Court for leave to withdraw as Plaintiff's counsel. In support of this motion, Counsel states as follows:

1. Counsel has represented Plaintiff in this matter from its initial filing.

2. Communications have broken down between Counsel and Rodgers. Pursuant to express agreement and authorization from Rodgers, Counsel negotiated and finalized terms of settlement with all Defendants; however, Rodgers has subsequently ceased communicating with Counsel, and has failed and refused to sign and return the necessary settlement documents, or to respond to Counsel's communications in any manner.

3. Counsel has tried on numerous occasions to contact Rodgers, by email, telephone, text message, and other means, but Rodgers has failed to respond or return the communications.

4. Rodgers' failure to communicate with Counsel has rendered further representation impossible and has irretrievably broken the attorney-client relationship. Counsel cannot continue to represent Rodgers in compliance with his ethical obligations under these

circumstances. Even aside from the breached agreement to settle, Rodgers' refusal to communicate makes it impossible for Counsel to prosecute this action any further.

5. In addition, Rodgers has failed to comply with the agreement for compensation that she reached with Counsel and is currently seriously in arrears on payments for Counsel's services. The failed settlement has further deprived Counsel of a source of compensation for his efforts.

6. Counsel accordingly requests this Court's leave to withdraw as Counsel of record on behalf of Rodgers.

7. Counsel is serving on this day a copy of this motion on Rodgers at the last known address he has for her, 1022 North Michigan, Danville, IL 61832, and is also sending the motion via email, and is sending a text message advising her of the motion.

8. Counsel further proposes that, upon entry of an Order by this Court allowing this motion, Counsel shall serve a copy of the Order upon Rodgers by personal service or certified mail, along with notice that Rodgers must retain other counsel or file with the clerk of this Court within 21 days of the entry of the Order her supplementary appearance stating an address at which service of notices or other papers shall be had upon her, and proposes further that Counsel shall thereafter file with this Court proof of the service of that notice.

WHEREFORE Counsel, Stephen F. Hedinger and the firm Sorling Northrup, move this Court for leave to withdraw as counsel of record on behalf of Plaintiff, MARY RODGERS, in this matter.

Counsel, Stephen F. Hedinger and Sorling Northrup

By: /s/ Stephen F. Hedinger_____

SORLING NORTHRUP
Stephen F. Hedinger, of Counsel
1 North Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705-5131
Telephone: (217) 544-1144
Telefax: (217) 522-3173
Email:  sfhedinger@sorlinglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I electronically served the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff upon the following persons at the email addresses set forth below:

Mr. Michael W. Condon
Mr. G. David Mathues
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL  60143-3156
E-mail:  mcondon@hcbattorneys.com
          dmathuesa@hcbattorneys.com

Mr. K. Austin Zimmer
Del Galdo Law Group, LLC
1441 South Harlem Ave.
Berwyn, IL  60402
E-mail:  zimmer@dlglawgroup.com


                                        /s/ Stephen F. Hedinger_____


SORLING NORTHRUP
Stephen F. Hedinger, of Counsel
1 North Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705-5131
Telephone: (217) 544-1144
Telefax: (217) 522-3173
Email:  sfhedinger@sorlinglaw.com