# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

**MARY RODGERS,**

       **Plaintiff,**

**v.**                                                    **Case No. 23-2017**

**KATHLEEN ORCUTT, et al.,**

       **Defendants.**

## REPORT AND RECOMMENDATION

On January 20, 2023, Plaintiff, represented by counsel, filed a Complaint (#1) against Defendants. The Court adopted the parties' proposed scheduling order on September 28, 2023. On February 12, 2024, Plaintiff's counsel moved to withdraw, citing a breakdown in communications. The Court granted the motion, stating:

> The Motion for Leave to Withdraw 18 is GRANTED. The Court directs Plaintiff's counsel to serve a copy of the Order upon Plaintiff by personal service or certified mail, along with notice that Plaintiff must retain other counsel or inform the Court that she intends to appear without representation by 3/8/24. Plaintiff shall also provide the Court with her current address. The Court will terminate attorney Stephen F. Hedinger after proof of service of this order is filed with the Court.

Plaintiff's counsel provided the proof of service on February 15, 2024. Plaintiff has not informed the Court of whether she retained counsel or intends to proceed without representation. Plaintiff also failed to appear for the March 18, 2024 Telephone Status Conference.

The Court entered an Order to Show Cause on March 18, 2024, giving Plaintiff 14 days to show cause why this matter should not be dismissed for failure to prosecute. Plaintiff failed to show cause by the deadline.

**For these reasons, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28

U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 8th day of April, 2024.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE