**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **MARY RODGERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 23-CV-2017** |
| | ) | |
| **KATHLEEN ORCUTT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

A Report and Recommendation (#21) was filed by the Magistrate Judge in the above cause on April 8, 2024.  On April 17, 2021, the Magistrate Judge ordered that a copy of the Report and Recommendation be sent to Plaintiff's last known address.  More than fourteen (14) days have elapsed since the filing of the Recommendation and the sending of the Recommendation to Plaintiff's last known address and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

  IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#21) is accepted by this court.

(2) Plaintiff's case is DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

(3) This case is terminated.

ENTERED this 6th day of May, 2024.


s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE